1
2
3
4        UNITED STATES DISTRICT COURT
5        DISTRICT OF NEVADA
         -oOo-
6
7  GARY SOLOMON,                        )
                                        )        2:10-CV-00841-PMP-PAL
8                 Plaintiff,            )
                                        )
9  vs.                                  )        **ORDER**
                                        )
10 BANK OF AMERICA HOME                 )
   LOANS, et al.,                       )
11                                      )
                  Defendants.           )
12 _____        )

13        The Court having read and considered Plaintiff's Motion for Remand to

14 State Court Pursuant to 28 U.S.C. § 1447 (Doc. #5), filed on June 14, 2010,

15 Defendants' Response thereto (Doc. #20) filed July 1, 2010, and  good cause

16 appearing,

17        **IT IS ORDERED that** Plaintiff's Motion for Remand to State Court

18 Pursuant to 28 U.S.C. § 1447 (Doc. #5) is **DENIED**.

19
20 DATED:  July 2, 2010.
21
22        _____
           PHILIP M. PRO
23         United States District Judge
24
25
26