1

2

3

4            **UNITED STATES DISTRICT COURT**

5                 **DISTRICT OF NEVADA**

6

7    GARY SOLOMON,                          )
                                            )
8                        Plaintiff,         )      Case No. 2:10-cv-00841-PMP-PAL
                                            )
9    vs.                                    )           **ORDER**
                                            )
10   BANK OF AMERICA HOME LOANS, *et al.,*  )      (Mot. Stay Pending Mot's Dismiss - Dkt. #33)
                                            )
11                       Defendants.        )
     ───────────────────────────────────── )

12

13        Before the court is a Motion to Stay Litigation and Discovery (Dkt. #33) filed by Defendant

14   EMC Mortgage Corporation ("EMC").  Defendants Aurora Loan Services, Bank of America Home

15   Loans, Countrywide Bank, N.A., Countrywide Financial Corp., and Countrywide Home Loans, Inc.

16   filed a Joinder (Dkt. #38) thereto on August 2, 2010.  No response has been filed, and the time for filing

17   a response has run.  The motion asks that the court stay discovery and other proceedings pending the

18   court's decision on four Motions to Dismiss filed by the various Defendants.  Defendant claims that

19   Plaintiff's complaint is tnon meritorious and asserts various claims which essentially seek to forestall

20   foreclosure proceedings.  Under these circumstance, EMC submits the court should exercise its inherent

21   authority to preserve the parties' expenses and resources while a decision of pending dispositive

22   motions is made.  Local Rule 7-2(d) provides that [t]he failure of an opposing party to file points and

23   authorities in opposition to any motion shall constitute a consent a consent tot he granting of the

24   motion."

25        Having reviewed and considered the matter, and for good cause shown,

26        **IT IS ORDERED** that:

27        1.    Defendant EMC Mortgage Corporation's Motion to Stay Pending Disposition of

28              Motions to Dismiss (Dkt. #33) is **GRANTED**.

2.   The parties shall meet and confer and submit a proposed Discovery Plan and Scheduling
Order within fifteen day of the decision of the pending dispositive motions as to any
claims which survive.

Dated this 19th day of August, 2010.

_____
Peggy A. Leen
United States Magistrate Judge