ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: diana.erb@akerman.com

*Attorneys for Defendants*
*Bank of America Home Loans, Countrywide*
*Home Loans, Inc. Countrywide Bank, N.A.,*
*Countrywide Financial Corp., and Aurora*
*Loan Services LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GARY SOLOMON,<br><br>                          Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA HOME LOANS, *et al*.,<br><br>                          Defendants. | Case No.: 2:10-cv-00841-PMP-PAL<br><br>**ORDER** |

This Court has considered the following:  (a) A hearing was held on September 15, 2010, and upon oral argument of the parties, consideration and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiff's Motion for Preliminary Injunction [Dkt. No. 31] is DENIED.

IT IS FURTHER ORDERED that Defendants Bank of America Home Loans, Countrywide Home Loans, Inc., Countrywide Bank, N.A., and Countrywide Financial Corporation's Motion to Dismiss [Dkt. No. 18] is GRANTED.

IT IS FURTHER ORDERED that Defendant Aurora Loan Services' Motion to Dismiss [Dkt. No. 19] is GRANTED.

IT IS FURTHER ORDERED that Defendant EMC Mortgage Corporation's Joinder to Motions to Dismiss and Motion to Expunge Notices of Lis Pendens [Dkt. No. 29] is GRANTED.

IT IS FURTHER ORDERED that Joinder of Defendant Silver State Schools Credit Union in Support of Motions to Dismiss [Dkt. No. 37] is GRANTED.

IT IS FURTHER ORDERED that the Lis Pendens is hereby cancelled, released, and expunged.

IT IS FURTHER ORDERED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

IT IS FURTHER ORDERED that Defendant EMC Mortgage Corporation record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE

Dated : __ November 1, 2010 _____

Submitted by:
**AKERMAN SENTERFITT LLP**

_____
ARIEL E STERN, ESQ.
Nevada Bar No. 8276
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Bank of America Home Loans, Countrywide Home Loans, Inc. Countrywide Bank, N.A., Countrywide Financial Corp., and Aurora Loan Services LLC*

{LV011130;1}                           2