UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| GARY SOLOMON,<br><br>           Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA HOME LOANS, et al.,<br><br>           Defendants. | 2:10-CV-00841-PMP-PAL<br><br>**ORDER** |

The Court having read and considered Plaintiff Gary Solomon's Motion for Reconsideration of Order of Dismissal on an Order Shortening Time (Doc. #55), filed on November 5, 2010, Defendant EMC Mortgage Corporation's Opposition thereto (Doc. #58) filed November 16, 2010, and Defendants' Joint Opposition thereto (Doc. #60) filed November 22, 2010, and it further appearing that on November 23, 2010, Plaintiff Solomon filed a Notice of Appeal (Doc. #61) in the Ninth Circuit Court of Appeal, and good cause appearing,

**IT IS ORDERED that** Plaintiff Gary Solomon's Motion for Reconsideration of Order of Dismissal on an Order Shortening Time (Doc. #55) is **DENIED**.

DATED: November 29, 2010.

_____
PHILIP M. PRO
United States District Judge