UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| GARY SOLOMON,<br><br>          Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA HOME LOANS, et al.,<br><br>          Defendants. | 2:10-CV-00841-PMP-PAL<br><br>**ORDER** |

      Before the Court for consideration is Defendant GMAC Mortgage, LLC's Motion to Dismiss (Doc. #73). The motion is fully briefed and raises issues similar to those previously adjudicated by this Court with respect to other Defendants in this action. The Court finds the same basis which warranted dismissal of Plaintiff's Complaint as to other Defendants pertaining to Defendant GMAC Mortgage, LLC.

      **IT IS THEREFORE ORDERED that** Defendant GMAC Mortgage, LLC's Motion to Dismiss (Doc. #73) is **GRANTED.**

DATED: February 18, 2011.

_____
PHILIP M. PRO
United States District Judge