UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| GARY SOLOMON, | ) | 2:10-CV-00841-PMP-PAL |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| BANK OF AMERICA HOME LOANS, et al., | ) | |
| Defendants. | ) | |

The Court having read and considered Plaintiff's Motion to Stay Execution of Judgment (Doc. #66), Defendants' Response Thereto (Doc. #69), and Plaintiff's Reply (Doc. #70), and good cause appearing,

**IT IS ORDERED that** Plaintiff's Motion to Stay Execution of Judgment of Dismissal Pending Final Judgment on Appeal (Doc. #66) is **DENIED** without prejudice to Plaintiff to seek the relief requested before the United States Court of Appeals for the Ninth Circuit.

DATED: February 18, 2011.

_____
PHILIP M. PRO
United States District Judge