1 ARIEL E. STERN
Nevada Bar No. 8276
2 JACOB D. BUNDICK
Nevada Bar No. 9772
3 DIANA S. ERB
Nevada Bar No. 10580
4 AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
5 Las Vegas, Nevada 89101
Telephone: (702) 634-5000
6 Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
7 Email: jacob.bundick@akerman.com
Email: diana.erb@akerman.com

8

9 *Attorneys for Defendants Bank of America*
*Home Loans, Countrywide Home Loans, Inc.*
*Countrywide Bank, N.A., Countrywide*
10 *Financial Corp., and Aurora Loan Services*
*LLC*

11

UNITED STATES DISTRICT COURT

12

DISTRICT OF NEVADA

13

14 | GARY SOLOMON, | Case No.: 2:10-cv-00841-PMP-PAL |

15 |            Plaintiff, |

| vs. | **ORDER CANCELING LIS PENDENS** |
16

17 | BANK OF AMERICA HOME LOANS, *et al.*, |

18 |            Defendants. |

19     This Court issued an Order Granting Defendants Bank of America Home Loans,

20 Countrywide Home Loans Inc., Countrywide Bank, N.A., Countrywide Financial Corporation

21 (collectively, "Bank of America") and Aurora Loan Services, LLC's Motions to Dismiss on

22 November 1, 2011 [Dkt. 53].

23     Defendants request that the lis pendens currently recorded against the following subject

24 properties by Plaintiff Gary Solomon ("Plaintiff") be canceled.

25     The Court finds that Plaintiff recorded a Notice of Lis Pendens ("Lis Pendens") on or about

26 May 12, 2010, as Instrument No. 201005120002275 in the real property records maintained by the

27 Clark County Recorder. A copy of the Lis Pendens is attached hereto at **Exhibit A** and fully

28 incorporated by reference.

The Court finds that Plaintiff recorded a Notice of Lis Pendens ("Lis Pendens") on or about May 12, 2010, as Instrument No. 201005120002281 in the real property records maintained by the Clark County Recorder.  A copy of the Lis Pendens is attached hereto at **Exhibit B** and fully incorporated by reference.

The Court finds that Plaintiff recorded a Notice of Lis Pendens ("Lis Pendens") on or about May 12, 2010, as Instrument No. 201005120002282 in the real property records maintained by the Clark County Recorder.  A copy of the Lis Pendens is attached hereto at **Exhibit C** and fully incorporated by reference.

The Court finds that Plaintiff recorded a Notice of Lis Pendens ("Lis Pendens") on or about May 12, 2010, as Instrument No. 201005120002283 in the real property records maintained by the Clark County Recorder.  A copy of the Lis Pendens is attached hereto at **Exhibit D** and fully incorporated by reference.

The Court finds that Plaintiff recorded a Notice of Lis Pendens ("Lis Pendens") on or about May 12, 2010, as Instrument No. 201005120002284 in the real property records maintained by the Clark County Recorder.  A copy of the Lis Pendens is attached hereto at **Exhibit E** and fully incorporated by reference.

The Court finds that Plaintiff recorded a Notice of Lis Pendens ("Lis Pendens") on or about May 12, 2010, as Instrument No. 201005120002285 in the real property records maintained by the Clark County Recorder.  A copy of the Lis Pendens is attached hereto at **Exhibit F** and fully incorporated by reference.

The Court finds that Plaintiff recorded a Notice of Lis Pendens ("Lis Pendens") on or about May 12, 2010, as Instrument No. 2010005120002290 in the real property records maintained by the Clark County Recorder.  A copy of the Lis Pendens is attached hereto at **Exhibit G** and fully incorporated by reference.

The Court finds that Plaintiff recorded a Notice of Lis Pendens ("Lis Pendens") on or about May 12, 2010, as Instrument No. 201005120002291 in the real property records maintained by the Clark County Recorder.  A copy of the Lis Pendens is attached hereto at **Exhibit H** and fully incorporated by reference.

UPON CONSIDERATION of Defendants' request to cancel all of the above referenced Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1.     IT IS ORDERED, ADJUDGED, and DECREED that all of the above referenced the Lis Pendens are hereby cancelled, released, and expunged.

2.     IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling all of the above referenced the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3.     IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE

Dated: _ April 7, 2011. _____

Submitted by:

  /s/ Ariel E. Stern_____
ARIEL E. STERN
Nevada Bar No. 8276
JACOB D. BUNDICK
Nevada Bar No. 9772
DIANA S. ERB
Nevada Bar No. 10580
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada  89101

*Attorneys for Defendants Bank of America Home Loans, Countrywide Home Loans, Inc. Countrywide Bank, N.A., Countrywide Financial Corp., and Aurora Loan Services LLC*