UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| GARY SOLOMON,<br><br>          Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA HOME LOANS, et al.,<br><br>          Defendants. | 2:10-CV-00841-PMP-PAL<br><br>**ORDER** |

      Before the Court for consideration is Defendant Indymac Mortgage Services' Motion for Summary Judgment (Doc. #80) filed March 8, 2011.  Plaintiff has failed to file a timely response in opposition to Defendants' Motion, and pursuant to the Local Rules of this Court, therefore consents to the granting of Defendant's motion for summary judgment.  Additionally, a review of Defendant's motion for summary judgment on its merits shows that Defendant Indymac is entitled to the relief requested.

      **IT IS THEREFORE ORDERED that** Defendant Indymac Mortgage Services' Motion for Summary Judgment (Doc. #80) is **GRANTED.**

DATED: April 4, 2011.

 

_____
PHILIP M. PRO
United States District Judge