Jeremy Bergstrom, Esq.
Nevada Bar No. 6904
jbergstrom@mileslegal.com
Krista J. Nielson, Esq.
Nevada Bar No. 10698
knielson@mileslegal.com
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Ste. 250
Henderson, NV 89052
(702) 369-5960 / FAX: (702) 382-9452
MBBW File No. 10-L0407
Attorneys for Defendant
CITIMORTGAGE

# UNITED STATES DISTRICT COURT

# CLARK COUNTY NEVADA

| | |
|---|---|
| GARY SOLOMON, an individual, | ) |
| | ) **Case No.: 2:10-cv-00841-PMP-PAL** |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BANK OF AMERCA HOME LOANS; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, N.A.; COUNTRYWIDE FINANCIAL CORPORATION; AURORA LOAN SERVICES, CITIMORTGAGE, EMC MORTGAGE CORPORATION; GMAC MORTGAGE; SILVER STATE SCHOOLS CREDIT UNION; INDYMAC MORTGAGE SERVICES; ONE WEST BANK, | ) **ORDER CANCELLING LIS PENDENS** |
| Defendants. | ) |

On December 7, 2010, this Court granted CITIMORTGAGE, INC.'s (hereinafter "CITI"), Motion for Judgment on the Pleadings and Motion to Expunge Lis Pendens [Dkt. 64]. Plaintiff, GARY SOLOMON, recorded a Notice of Lis Pendens on or about May 11, 2010, as Instrument number 201005120002277 in the Records of Clark County. Accordingly, as CITI is dismissed, CITI requests that the lis pendens recorded against the subject property located at

1

1  250 Duke of Wales, Henderson, Nevada ("subject property"), be cancelled, released, and
2  expunged.
3      Therefore, the Court, having considered CITI's request, and for good cause appearing:
4  **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the Lis Pendens
5  recorded against the subject property is hereby cancelled, released, and expunged.
6  **IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Defendants shall
7  record a certified copy of this order in the records of the Clark County Recorder.
8      APPROVED:

*[signature]*

U.S. DISTRICT COURT JUDGE

Dated: April 12, 2011

13  Respectfully submitted by:

14  /s/ Krista J. Nielson
Jeremy T. Bergstrom, Esq.
15  Nevada Bar No. 6904
Krista J. Nielson, Esq.
16  Nevada Bar No. 10698
2200 Paseo Verde Parkway, Suite 250
17  Henderson, NV  89052
Counsel for Defendant,
18  CITIMORTGAGE, INC.