Elliot S. Blut, Esq.
Nevada Bar No. 6570
ECOFF, BLUT & SALOMONS, LLP
300 South Fourth Street, Suite 701
Las Vegas, NV 89101
Telephone (702) 384-1050
Facsimile (702) 384-8565

Attorneys for Defendant
Indymac Mortgage Services, a division of
OneWest Bank, FSB

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY SOLOMON, | CASE NO.: 2:10-cv-00841-PMP-PAL |
| Plaintiff, | |
| v. | ORDER EXPUNGING LIS PENDENS |
| BANK OF AMERICA HOME LOANS, a wholly owned subsidiary of BANK OF AMERICA, N.A., a foreign corporation; COUNTRYWIDE HOME LOANS, INC., a foreign corporation; COUNTRYWIDE BANK, N.A., a foreign corporation; AURORA LOAN SERVICES, a foreign corporation; CITIMORTGAGE, a foreign corporation; EMC MORTGAGE CORPORATION, a foreign corporation; GMAC MORTGAGE, a foreign corporation; SILVER STATE SCHOOLS CREDIT UNION, A STATE CHARTERED CREDIT UNION, A CORPORATION; INDYMAC MORTGAGE SERVICES, a division of ONE WEST BANK; DOES I through X and ROE Corporations or Business Entities I through X, inclusive, | |
| Defendants. | |

On April 4, 2011, this court granted Defendant, Indymac Mortgage Services' Motion for Summary Judgment (Doc. #84) filed on March 8, 2011 (Doc. #80). Plaintiff, Gary Solomon, recorded a Notice of Lis Pendens on May 12, 2010, as Instrument No. 201005120002277 in the

1

1   records of the Clark County Recorder. Accordingly, as Judgment has been entered in favor of
2   Indymac Mortgage Services, it is hereby requested that the lis pendens recorded on title to the
3   real properties located at: 1008 Timberline Court, Henderson, Nevada 89015, APN 179-08-612-
4   039; and 600 Sunny Slope Circle, Henderson, Nevada 89002, APN 179-30-110-001 be
5   cancelled, released and expunged.

6   Therefore, the Court, having considered Indymac Mortgage Services' request, and good
7   cause appearing:

8   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Lis Pendens
9   recorded on title to the real property located at 1008 Timberline Court, Henderson, Nevada
10   89015, APN 179-08-612-039 is hereby cancelled, released and expunged.

11   IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that the Lis
12   Pendens recorded on title to the real property located at 600 Sunny Slope Circle, Henderson,
13   Nevada 89002, APN 179-30-110-001 is hereby cancelled, released and expunged.

14   IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Indymac
15   Mortgage Services shall record a certified copy of this order in the records of the Clark County
16   Recorder.

19   Dated: April 14, 2011.

U.S. DISTRICT COURT JUDGE

21   Respectfully submitted by:

23   /s/
    Elliot S. Blut, Esq.
24   Nevada Bar No. 6570
    ECOFF, BLUT & SALOMONS, LLP
25   300 South Fourth Street, Suite 701
    Las Vegas, NV 89101
26   Attorneys for Defendant
    Indymac Mortgage Services