**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**SARAH A. GASKILL, ESQ.**
Nevada Bar No. 8461
**WOLFE & WYMAN LLP**
**980 Kelly Johnson Drive, Suite 140**
**Las Vegas, NV  89119**
sagaskill@wolfewyman.com
Tel: (702) 476-0100
Fax: (702) 476-0101

Attorneys for Defendant,
**GMAC MORTGAGE, LLC**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GARY SOLOMON, | CASE NO.:  2:10-cv-00841-PMP-PAL |
| Plaintiff, | |
| v. | **ORDER EXPUNGING LIS PENDENS** |
| BANK OF AMERICA HOME LOANS, a wholly owned subsidiary of BANK OF AMERICA, N.A., a foreign corporation; COUNTRYWIDE HOME LOANS, INC., a foreign corporation; COUNTRYWIDE BANK, N.A., a foreign corporation; AURORA LOAN SERVICES, a foreign corporation; CITIMORTGAGE, a foreign corporation; EMC MORTGAGE CORPORATION, a foreign corporation; GMAC MORTGAGE, a foreign corporation; SILVER STATE SCHOOLS CREDIT UNION, A STATE CHARTERED CREDIT UNION, A CORPORATION; INDYMAC MORTGAGE SERVICES, a division of ONE WEST BANK; DOES I through X and ROE Corporations or Business Entities I through X, inclusive, | |
| Defendants. | |

On February 18, 2011, this Court granted Defendant, GMAC Mortgage, LLC's ("GMACM")

Motion to Dismiss (Doc. #78) filed on January 18, 2011 (Doc. #73).  Accordingly, as Judgment has

been entered in favor of GMACM, it is hereby requested that the lis pendens recorded on title to the real properties located at: 361 Papaya, Henderson, Nevada 89015, APN: 179-17-712-003; 124 Sterling, Henderson, Nevada 89015, APN: 179-17-812-013; and 449 Woodridge, Henderson, Nevada 89015, APN: 179-20-513-019 be cancelled, released and expunged.

Therefore, the Court, having considered GMACM's request, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Lis Pendens recorded on title to the real property located at 361 Papaya, Henderson, Nevada 89015, APN: 179-17-712-003 is hereby cancelled, released and expunged.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that the Lis Pendens recorded on title to the real property located at 124 Sterling, Henderson, Nevada 89015, APN: 179-17-812-013 is hereby cancelled, released and expunged.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that the Lis Pendens recorded on title to the real property located at 449 Woodridge, Henderson, Nevada 89015, APN: 179-20-513-019 is hereby cancelled, released and expunged.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that GMACM shall record a certified copy of this Order in the records of the Clark County Recorder.

Dated: April 19, 2011

U.S. DISTRICT COURT JUDGE

Respectfully submitted by:   WOLFE & WYMAN LLP

By: */s/ Sarah A. Gaskill*
Colt B. Dodrill, Esq.
Nevada Bar No. 9000
Sarah A. Gaskill, Esq.
Nevada Bar No. 8461
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
Attorneys for Defendant,
**GMAC Mortgage, LLC**

V:\GMAC (1477.002)\245 (Solomon)\Pleadings\Order Expunge Lis Pendens.doc

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of April, 2011, and pursuant to Fed. R. Civ. Pro. 5(b), I served via CM/ECF and/or deposited for mailing in the U. S. Mail a true and correct copy of the foregoing **[PROPOSED] ORDER EXPUNGING LIS PENDENS,** postage prepaid and addressed to all parties and counsel as identified on the court generated notice of electronic filing.

/s/ *Charisse Ward*_____
CHARISSE WARD
An employee of WOLFE & WYMAN LLP